AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| James Resnick, Lidia Resnick, Steven Resnick, Elizabeth Resnick, and Green Arm Family, L.P. <br> *Plaintiff(s)* <br> v. <br> Chen Neal, LLC and Michael Pulwer <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:14-cv-24347 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Michael Pulwer

100 Southpoint Drive Apt 3601

Miami Beach FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter D. Russin, Esquire
Meland Russin & Budwick, P.A.
200 South Biscayne Boulevard
Suite 3200
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **November 18, 2014**



Steven M. Larimore
Clerk of Court

SUMMONS

s/L. Harris
Deputy Clerk
U.S. District Courts